IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMOTHY CALHOUN, et al.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **TJM TREVOSE, LLC, d/b/a RADISSON HOTEL**, <br><br> *Defendant*. | **Case No. 2:22-cv-3852-JDW** |

### ORDER

AND NOW, this 14th day of August, 2023, upon consideration of Defendant TJM Trevose, LLC, d/b/a Radisson Hotel's Motion For Summary Judgment (ECF No. 22), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.